UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 4:18-10252-CIV-KING/REID

JOVANNE MACK,

    Petitioner,

v.

SEC'Y, DEP'T OF CORR.,

    Respondent.

_____/

## **FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court on the January 15, 2021 Report and Recommendation (Doc. No. 23) ("R&R") of Magistrate Judge Lisette M. Reid. Objections to the R&R were due by January 29, 2021, but none were filed.

The R&R recommends denying Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. Specifically, the R&R analyzes (and rejects) Petitioner's argument that the sentence should be vacated for ineffective assistance of counsel. Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Lisette M. Reid's well-reasoned R&R accurately states the law of the case. Accordingly, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Reid's Report and Recommendation **(Doc. No. 23)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court;

2. The Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 is hereby **DENIED**;

3. No certificate of appealability shall issue; and

4. The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 9th day of February, 2021.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

**cc:** **Magistrate Judge Lisette M. Reid**
**All counsel of record**
**Jovanne Mack,** *pro se*